MAR 13 2025 PM 12:45
FILED-USDC-CT-HARTFOR

RECEIVED

FEB 26 2025

U.S. DISTRICT COURT
BRIDGEPORT, CT

United States District Court

District of Connecticut

John J. McCarthy          No,
Box 351
1000 Silver Street
Middletown, CT
06457                ,
                petitioner

          v.

USA.

Petition For A Writ Of Habeas Corpus

1 jurisdiction; 28 U.S.C. §2241;

2 Facts  On February 19th 2025, McCarthy
appeared in Federal Court in New Haven.
For A Violation Of Supervised Release;

3 McCarthy was on 5 years Supervised
Released and served the 5 years;

Pg 2

4. McCarthy served the 5 years. 2½ in New Haven Jail; 2 years in Florida on an Order From the Judge Ms Hall and The Remainder at CUFF on another order from Judge Hall;

5. Hall denied McCarthy a Release hearing for The 5 years although McCarthy requested it;

6. Hall unlawfull extended McCarthy's Supervised for 2 years when there was no Time Left on his sentence;

7. The Supervised Release warrant was Unlawful because it lacked Probable Cause; was backed up with statements from Criminals at a Halfway house who stole McCarthys property; And McCarthy was never given or signed for what Supervised Release Violations were as required by law upon his release from Prison;

pg 3

5. McCarthy also claimed he was entitled to 4th, 5th, and 6th, Amendments because he was charged with crimes that carried more then a year; McCarthy also claimed in writing several times he was entitled to a Grand jury hearing. He made these claims to the court and his Attorney over the 5 years, But Hall would return them falsely claiming They were supposed to be filed by his Attorney, but McCarthy also filed motions to waive Counsel and proceed pro se but Hall would always return them making the same claim thus creating an iron curtain between McCarthy and the court. His Attorney also refused to file them when McCarthy sent them to her.

6. McCarthy's lawyer was ineffective Counsel. She never filed objections to the warrant on the basis as stated.

pg 4

"7. Relief; McCarthy seeks relief as law and justice require and to be immediately released from this Unlawful confinment.

I hereby swear and state the foregoing is True and Correct. 28 U.S.C. §1746

Entered; 2-20-25
By John J. McCarthy
    John J. McCarthy

Respectfully

John J. McCarthy
John J. McCarthy
Box 351
1000 Silver Street
Middletown, CT
06457

John McCarthy
Box 351
Middletown, CT
06457

X-RAY SCREEN
COMPLETED

HARTFORD CT 060
11 MAR 2025PM 7 L
FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 06457 $ 000.69⁰
02 7W
0008037765 MAR 11 2025

Clerk
Federal Court
450 Main Street
Hartford, CT
06103

06103-302299